IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KATHLEEN WHITFIELD, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:17-cv-00602 |
| WALGREEN BOOTS ALLIANCE, INC., et al., | ) ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE BROWN |
| Defendant. | ) | |

## ORDER

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report and Recommendation on Defendant's Motion to Dismiss for Lack of Prosecution (*see* Doc. No. 19), to which no timely objections have been filed. (Doc. No. 22). The Magistrate Judge recommends that the case be dismissed without prejudice for Plaintiff's failure to obey Court orders and to prosecute her case.

The Court has reviewed the Report and Recommendation, and concludes that it should be adopted and approved. Accordingly, Defendant's Motion to Dismiss for Lack of Prosecution is **GRANTED**. This action is **DISMISSED** without prejudice, and the Clerk is directed to close the file. Defendant's Motion to Compel (Doc. No. 14) is **DENIED** as moot.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE